UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BOBBIE SUE ROTH,

    Petitioner,

v.

Case No. 21-cv-11364
Hon. Matthew F. Leitman

JEREMY HOWARD,

    Respondent.
_____/

## JUDGMENT

For the reasons stated in the order issued on this date, it is ORDERED and ADJUDGED that this case is DISMISSED.

                                    KINIKIA ESSIX
                                    CLERK OF COURT

                    By:    s/Holly A. Ryan
                           Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  September 11, 2024
Detroit, Michigan